In the Matter of Proving the Will of ANDREW F. KENNEDY,
Deceased.

KATHERINE NOBLE et al., Appellants; JOSEPH G. COHEN
et al., as Executors, et al., Respondents.

*Will — objections of lack of proper execution, lack of testamentary
capacity and undue influence overruled.*

*Matter of Kennedy (Will),* 190 App. Div. 896, affirmed.

(Argued April 16, 1920; decided June 11, 1920.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the first judicial depart-
ment, entered December 5, 1919, which unanimously
affirmed a decree of the New York County Surrogate's
Court admitting to probate the will of Andrew F.

Kennedy, deceased. Objections to probate had been filed upon the grounds of lack of proper execution, lack of testamentary capacity and undue influence. Upon the trial the surrogate directed the jury to answer the questions formulated for their consideration in favor of proponents.

*Joseph S. Auerbach, Charles H. Tuttle, Felix A. Muldoon* and *Martin A. Schenck* for appellants.

*George W. Wickersham, Thomas B. Gilchrist* and *Joseph G. Cohen* for respondents.

Order affirmed, with costs payable out of estate; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, CRANE and ELKUS, JJ.   Not voting: McLAUGHLIN, J.